UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| Q3 INVESTMENTS RECOVERY VEHICLE, LLC.,<br><br>*Plaintiff-Appellant,*<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORP. AS RECEIVER FOR SIGNATURE BANK,<br><br>*Defendant-Appellee.* | Appeal No: 25-284 |

### APPELLANT BRIEF DEADLINE

Notice is hereby given that appellant Q3 Investments Recovery Vehicle, LLC will file its brief on or before May 21, 2025 in accord with Local Rule 31.2(a).

Dated: March 5, 2025

    Respectfully submitted,

    By: */s/ L. Reid Skibell*
    Reid Skibell
    **GLENN AGRE BERGMAN & FUENTES LLP**
    1185 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 970-1600
    Email: rskibell@glennagre.com

    Paul B. Thanasides
    **MCINTYRE THANASIDES BRINGGOLD ELLIOTT GRIMALDI GUITO & MATTHEWS, P.A.**
    Kennedy Blvd., Suite 200
    Tampa, Florida 33602
    Telephone: (813) 223-0000
    Email: paul@mcintyrefirm.com

    *Counsel to Q3 Investments Recovery Vehicle, LLC*

Sent via ECF to:

    All parties of record